## (October 21, 1976)

■ In the Matter of COMSAFE, INC., et al., Petitioners, v EDWARD THOMPSON, as a Justice of the Supreme Court, et al., Respondents.—Application, pursuant to CPLR article 78, unanimously denied, the cross motion to dismiss the petition granted, and the motion to dismiss the cross motion denied, without costs and without disbursements. The stay, dated September 27, 1976, affixed to the notice of application, is vacated. No opinion. Concur —Markewich, J. P., Murphy, Lupiano, Birns and Nunez, JJ.

■ FAWCETT PUBLICATIONS, INC., Respondent, v PLAYGIRL, INC., Appellant, et al., Defendants.—Order, Supreme Court, New York County, entered on July 13, 1976, unanimously affirmed for the reasons stated by Gellinoff, J., at Special term. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Murphy, J. P., Birns, Silverman, Capozzoli and Lane, JJ.

■ GABINO ORTIZ, Appellant, v CITY OF NEW YORK, Respondent.—Order, Supreme Court, Bronx County, entered on September 9, 1975, unanimously affirmed for the reasons stated in the memorandum decision of Di Fede, J., without costs and without disbursements. Concur—Kupferman, J. P., Murphy, Lupiano, Lane and Nunez, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDUARDO SOTO, Appellant.—Judgment, Supreme Court, New York County, rendered December 20, 1973, convicting defendant, after a jury trial, of manslaughter in the first degree and possession of a weapon as a felony, unanimously modified, on the law, to the extent of reversing defendant's conviction of possession of a weapon, vacating the concurrent sentence imposed thereon and dismissing said count of the indictment; and otherwise affirmed. On the facts in the instant case, possession of a weapon is an inclusory concurrent count of manslaughter in the first degree. (People v Grier, 37 NY2d 847; People v Pyles, 44 AD2d 784.) Concur—Murphy, J. P., Lupiano, Birns, Silverman and Nunez, JJ.